**THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Isaac Pettigrew** | ) |
| **Claimant,** | ) |
| | ) |
| **v.** | ) **Case No. 24CV4013** |
| | ) |
| **Radius Global Solutions LLC** | ) |
| **Respondent** | ) |
| | ) |
| | ) |

## DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Isaac Pettigrew hereby dismisses this matter with prejudice. All

Parties shall bear their own costs.


This __29th__ day of _____August_____, 2024.


By:_____

                                                         Isaac Pettigrew

                                                         *Pro Se Plaintiff*

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: September 4, 2024
New York, New York